# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **LAUREN GARNICK, et al.,** | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **VERIZON CONNECT FLEET USA LLC,** | )  Case No. 8:20-cv-01474-T-35TGW<br>)<br>) |
| Defendant. | )  NOTICE OF SETTLEMENT<br>) |

Plaintiffs, LAUREN GARNICK, TSHACHA ROMEO, and COREY HANVEY ("Plaintiffs"), and Defendant Verizon Connect Fleet USA LLC, ("Defendant") by and through undersigned counsel hereby file their notice of settlement. The Parties have fully settled their dispute, and are in the process of drafting and finalizing a written settlement agreement and Motion for Court Approval of Settlement and Dismissal with Prejudice. The Parties respectfully request forty-five (45) days to submit these documents.

Dated: February 11, 2022

Respectfully submitted,

/s/ *Mitchell L. Feldman (with permission)*
MITCHELL L. FELDMAN
(Florida Bar No. 0080349)
FELDMAN LEGAL GROUP
6940 West Linebaugh Avenue,
Suite 101
Tampa, Florida 33625
Telephone: (813) 639-9366
Facsimile: (813) 639-9376
E-mail: mlf@feldmanlegal.us

*Attorney for Plaintiffs, individually, and on behalf of all others similarly situated*

/s/ *Tonya B. Braun*
Tonya B. Braun (Ohio Bar No. 75048)
Email: tbraun@jonesday.com
Elizabeth L. Dicus (Ohio Bar No. 81219)
Email: eldicus@jonesday.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio  43215
Telephone:  (614) 469-3939
Facsimile:   (614) 461-4198

Sacha Dyson (Florida Bar No. 509191)
Email: Sacha.Dyson@gray-robinson.com
Gregory Alan Hearing
Email: Gregory.Hearing@gray-robinson.com
GRAY ROBINSON, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida  33602
Telephone: (813) 273-5000
Facsimile:  (813) 273-5145

*Attorneys for Defendant
Verizon Connect Fleet USA LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, I served the foregoing Notice of Settlement to all counsel of record via electronic mail.

                                                           */s/ Tonya B. Braun*
                                                           One of the Attorneys for Defendant
                                                           Verizon Connect Fleet USA LLC