# Activities Export

03/28/2022
2:50 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/22/2022 | $ | Rust Consulting Inv 2022-124, 2/17/22<br>● Unbilled | Garnick-06794<br>FLSA COLLECTIVE ACTION BDR (GARNICK, ROMEO and Hanvey) V. Verizon Connect Fleet USA, LLC COLLECTIVE ACTION LAWSUIT (FLSA) | Marcie Walter | 1.00 | 17,531.28 | - | 17,531.28 |
| 02/16/2022 | $ | Kay L Wolf Mediation Services<br>● Unbilled | Garnick-06794<br>FLSA COLLECTIVE ACTION BDR (GARNICK, ROMEO and Hanvey) V. Verizon Connect Fleet USA, LLC COLLECTIVE ACTION LAWSUIT (FLSA) | Marcie Walter | 1.00 | 3,354.00 | - | 3,354.00 |
| 07/22/2020 | $ | Bolter & Carr Investigations Inv. No. 291754<br>Service of 1st Amd Complaint on Verizon<br>● Unbilled | Garnick-06794<br>FLSA COLLECTIVE ACTION BDR (GARNICK, ROMEO and Hanvey) V. Verizon Connect Fleet USA, LLC COLLECTIVE ACTION LAWSUIT (FLSA) | Lisa Schindler | 1.00 | 50.00 | - | 50.00 |
| 07/09/2020 | $ | Bolter & Carr Investigations Inv. No. 291214<br>Service of Complaint on Verizon<br>● Unbilled | Garnick-06794<br>FLSA COLLECTIVE ACTION BDR (GARNICK, ROMEO and Hanvey) V. Verizon Connect Fleet USA, LLC COLLECTIVE ACTION LAWSUIT (FLSA) | Lisa Schindler | 1.00 | 50.00 | - | 50.00 |
| 06/29/2020 | $ | Middle District of Florida<br>Filing fee of Complaint<br>● Unbilled | Garnick-06794<br>FLSA COLLECTIVE ACTION BDR (GARNICK, ROMEO and Hanvey) V. Verizon Connect Fleet | Lisa Schindler | 1.00 | 400.00 | - | 400.00 |

$0.00
0.0h

$21,385.28
0.0h

# Activities Export

03/28/2022
2:50 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | USA, LLC COLLECTIVE ACTION LAWSUIT (FLSA) | | | | | |
| | | | | | | | $0.00<br>0.0h | $21,385.28<br>0.0h |

COMPOSITE EXHIBIT



# Invoice

625 MARQUETTE AVENUE, SUITE 900
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 2/17/22 |
| INVOICE #: | 2022-124 |
| MATTER #: | 743600 |

**TO:** Mitchell Feldman, Esq.
Feldman Legal Group
6916 W. Linebaugh Ave #101
Tampa, FL 33625

**PROJECT**
*Garnick v Verizon Connect CTJ*
*September 2021 through February 2022 Claims Administration Services*

| | | |
|---|---|---:|
| Database Development | $ | 807.00 |
| Initial Notice | | 1,840.26 |
| Follow Up to Initial Notice | | 255.45 |
| Telephone Support / Fax line set-up | | 1,523.20 |
| Website | | 2,365.44 |
| Processing and Administration | | 123.96 |
| Project Management | | 10,743.68 |
| Technical Consulting | | 4,324.00 |
| Expenses: Other Charges and Out-of-pocket Costs | | 1,497.55 |
| Subtotal | $ | 23,480.54 |
| Less - Amount to Project Cap | | (5,949.26) |
| **Total Due** | **$** | **17,531.28** |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**



| | DATE: | 2/17/22 |
|---|---|---|
| | INVOICE #: | 2022-124 |
| | MATTER #: | 743600 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Database Development

| | | | |
|---|---|---|---|
| Receive and Process Database | 4 | 175 | 700.00 |
| Additional Efforts to Finalize Settlement Data | | | 107.00 |
| | | **SUBTOTAL** | **807.00** |

### Initial Notice

| | | | |
|---|---|---|---|
| CASS/NCOA/LACS Processing | 1 | 200 | 200.00 |
| Print and Mail Notice Package w/ Individual IDs | 862 | 0.50 | 431.00 |
| Postage - 1 Ounce First Class | | | 509.26 |
| Email Notice - Address Validation Process, Deploy Email Notice | 1 | 700 | 700.00 |
| | | **SUBTOTAL** | **1,840.26** |

### Follow Up to Initial Notice

| | | | |
|---|---|---|---|
| Receive Undeliverable Notices and Update Database | 75 | 0.55 | 41.25 |
| Address Trace | 46 | 1.00 | 46.00 |
| Remail Notice Package | 58 | 2.25 | 130.50 |
| Remail Postage - 1 Ounce First Class | | | 37.70 |
| | | **SUBTOTAL** | **255.45** |

### Telephone Support / Fax line set-up

| | | | |
|---|---|---|---|
| Telephone Support | 6 | 250 | 1,500.00 |
| Additional 800# Charges | 193.3 | 0.12 | 23.20 |
| | | **SUBTOTAL** | **1,523.20** |

### Website

| | | | |
|---|---|---|---|
| Develop Website | | | 1,615.44 |
| Monthly Hosting and Maintenance | 6 | 125 | 750.00 |
| | | **SUBTOTAL** | **2,365.44** |

### Processing and Administration

| | | | |
|---|---|---|---|
| Receipt, Process and Validate Forms | 36 | 3.00 | 108.00 |
| Additional Administrative Services Requested by Client | | | 15.96 |
| | | **SUBTOTAL** | **123.96** |

# Kay L. Wolf Mediation Services, LLC

801 Silver Drive, Orlando, Florida 32804
407-758-6984
kaylynnewolf@gmail.com

January 17, 2022

***VIA ELECTRONIC MAIL ONLY***

| | |
|---|---|
| Mitchell Feldman, Esquire | Tonya Braun, Esquire |
| Feldman Legal Group | Jones Day |
| 6916 W. Linebaugh Ave. #101 | 325 John H. McConnell Blvd., Ste 600 |
| Tampa, FL 33625 | Columbus, Ohio 43215 |
| mfeldman@flandgatrialattorneys.com | tbraun@jonesday.com |

Re: Invoice #366 - Mediation of *Garnick, et. al. v. Verizon Connect Fleet USA*

Dear Mitch and Tonya:

Thank you for retaining me to mediate this matter – I'm truly sorry we were unable to resolve it. Best of luck as you continue to litigate. If at any point I can be of service to try again to help you resolve it, please don't hesitate to ask.

I am enclosing my invoice and a copy of my W-9. As you know, per my engagement letter, each side is responsible for one half **($3,354.00)** of my total fee **($6,708.00)**.
 .
I appreciate your prompt payment.

Very truly yours,

/s/ Kay L. Wolf

Kay L. Wolf, Mediator & Sole Member
Kay L. Wolf Mediation Services, LLC

# Kay L. Wolf Mediation Services, LLC

801 Silver Drive, Orlando, Florida 32804
407-758-6984
kaylynnewolf@gmail.com

January 17, 2022

Invoice #366                                                                 Tax I.D. #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

For Services Rendered as Mediator in:

### *Garnick, et. al. v. Verizon Connect Fleet USA*

| Date | Time | Description |
|---|---|---|
| 1/10/22 | 1.5 hr. | Analysis of defendant's mediation statement and exhibits in preparation for mediation |
| 1/13/22 | 1.4 hrs. | Analysis of plaintiff's mediation statement in preparation for mediation |
| 1/13/22 | 1.0 hrs. | Telephone conference with T. Braun regarding defendant's position in preparation for mediation |
| 1/14/22 | 9.0 hrs. | Conduct mediation of matter |

**TOTAL      12.9 hrs.       Billed Hours**

Mediation Rate         =         $520/hr.

12.9 hrs x $520/hr.    =         $6,708.00 TOTAL FEE

**½ Each Side          =         $3,354.00  AMOUNT OWED BY EACH SIDE**

# Kay L. Wolf Mediation Services, LLC

Remittance Statement for Invoice #366

January 17, 2022

Remittance Statement for services as Mediator rendered in:

### *Garnick, et. al. v. Verizon Connect Fleet USA*

Amount Due From Each Side……………………… **$3,354.00**

Please remit this copy with your payment to:

Kay L. Wolf Mediation Services, LLC
801 Silver Drive
Orlando, Florida 32804

# INVOICE

**BOLTER & CARR INVESTIGATIONS, INC.**

P.O. BOX 8965,
TAMPA, FL 33674-8965
Phone: (813) 251-6033
Fax: (813) 254-7883
59-1913436

**Invoice:** 291754
**Client File #:**
**Job:** 2020008543
**Date:** 7/22/2020

**MITCHELL L FELDMAN**
FELDMAN LEGAL GROUP
6940 WEST LINEBAUGH AVE.,
TAMPA, FL33625

**Case Number: 8:20-CV-01474-MSS-TGW**

**Plaintiff:**
LAUREN GARNICK ETC

**Defendant:**
VERIZON CONNECT FLEET USA LLC

**Received:** 7/15/2020
**Completed:** 7/20/2020
**To be served on:** VERIZON CONNECT FLEET USA LLC

## Itemized Listing

| Line | Description | Quantity | Price | Amount |
|------|-------------|----------|-------|--------|
| 1 | Service fee for Summons | 1 | $50.00 | $50.00 |
| | | | Sub Total: | $50.00 |
| | | | Tax: | $0.00 |
| | | | Balance Due: | $50.00 |

# INVOICE

**BOLTER & CARR INVESTIGATIONS, INC.**

P.O. BOX 8965,

TAMPA, FL 33674-8965
Phone: (813) 251-6033
Fax: (813) 254-7883
59-1913436

**Invoice:** 291214
**Client File #:**
**Job:** 2020007856
**Date:** 7/8/2020

**MITCHELL L FELDMAN**
FELDMAN LEGAL GROUP
6940 WEST LINEBAUGH AVE.,
TAMPA, FL33625

**Case Number:** 8:20-CV-01474-T-35TGW

**Plaintiff:**
LAUREN GARNICK INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**Defendant:**
VERIZON CONNECT FLEET USA LLC

**Received:** 6/30/2020
**Completed:** 7/6/2020
**To be served on:** VERIZON CONNECT FLEET USA LLC

## Itemized Listing

| Line | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Service fee for Summons | 1 | $50.00 | $50.00 |
| | | | Sub Total: | $50.00 |
| | | | Tax: | $0.00 |
| | | | **Balance Due:** | **$50.00** |

**U.S. District Court**
**Middle District of Florida**
**Internet Payment History for Feldman, Mitchell L.**
**6/29/2020 to 6/29/2020**

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 8:20-cv-01474-MSS-TGW | 2020-06-29 09:20:33 | Complaint(8:20-cv-01474) [cmp cmp] ( 400.00) | CreditCard | 113A-16991880 | $ 400.00 |